JABEZ BIGELOW VS. JOSEPH WHIPPLE *et al.*, 1729

RHODE ISLAND ss   To the Hon$^{ble}$ Nathaniel Hubbard Esq$^r$ Deputy Judge of his Majesty's Court of Vice Admiralty for the Colony of Rhode Island etc. And to the Register and other Officers of said Court
Joseph Whipple and Samuel Holmes of Newport in s$^d$ Colony merchants and Jonathan Tillinghast of s$^d$ Newport Marin$^r$ having set forth unto Us Joseph Jencks, John Wanton, William Wanton and Samuel Vernon Esq$^r$ Judges of his Maj$^{ts}$ Court of Trial for the Colony afores$^d$ that Jabez Biglow late of Bristol in Great Britain but now of Newport afores$^d$ Mariner had wrongfully and illegally commenced a Libel and Appeal in said Court of Admiralty against the Brigantine Pelican whereof they the s$^d$ Joseph Whipple Samuel Holmes and Jonathan Tillinghast were late Owners wherein the s$^d$

Jabez Biglow not only demands his Wages but libels for sundry other Things as a Negro Girl alledged to be withheld from him at s^d Newport and where the Property is in Dispute and also an Accompt to be rendered for Goods sold by the s^d Jonathan Tillinghast as by s^d Libel filed the 20th Day of November 1729 may more fully appear and which Things are alledged not to be within the Jurisdiction of the said Court of Vice Admiralty but triable at the Common Law only   These are Therefore in his Majestys Name George the 2^d King of Great Britain etc. to prohibit and forbid You the s^d Nathaniel Hubbard Esq^r Deputy Judge of s^d Court of Vice Admiralty and the Register and other Officers of s^d Court from proceeding any farther in the aforesaid Suit or from holding any Court or passing any Decree concerning the same founded on s^d Libel wherein the afores^d other Matters and Things are mixt with Wages until Cause be shewn to his Majesty's Gen^ll Court of Trials for said Colony to be held at s^d Newport on the Last Tuesday of March next wherefore the said other Matters and Things above mentioned ought to be heard before said Court of Vice Admiralty   Given forth in said Newport the 17th Day of December in the Third Year of his Majesty's Reign Annoq Domini 1729   Now the above written is not intended to prohibit the said Jabez Biglow from libelling for his Wages seperately.

Signed and Sealed by Order of the afores^d Hon^ll Judge.

Law Sigilli                                                              R. Ward Clerk

Registred Dec^r 17th 1729

Per R Ward Secry